UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWELL DUNLAP, JR., et al., | No. 2:25-cv-02604-DAD-SCR |
| Plaintiffs, | |
| v. | ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA |
| EPISOURCE LLC, | |
| Defendant. | (Doc. No. 6) |

      On September 16, 2025, the parties filed a joint stipulation requesting that this action be transferred to the United States District Court for the Central District of California because "other individuals filed putative class action complaints in the Central District of California based on substantially similar facts and claims as those raised in this action" and "twenty-one of those actions have been consolidated before Judge Stanley Blumenfeld." (Doc. No. 6 at 2.)

      "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. 1404(a). Here, the parties' stipulation shows that all parties have consented to transferring this case to the Central District of California. Thus, pursuant to the parties' stipulated request to transfer this action, and

/////

1

for the sake of judicial economy and efficiency, and in the interest of justice, the court will transfer this action to the United States District Court for the Central District of California.

Accordingly,

1. The parties' stipulated request to transfer this action to the United States District Court for the Central District of California (Doc. No. 6) is GRANTED;
2. The court hereby TRANSFERS this action to the United States District Court for the Central District of California;
3. The court further orders the Clerk of the Court for the Eastern District of California in Sacramento, to forward all filings in this action to the United States District Court for the Central District of California; and
4. The Clerk of the Court for the Eastern District of California shall close this case upon completion of the transfer.

IT IS SO ORDERED.

Dated:   **September 17, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2